UNITED STATES STEEL CORPORATION, REPUBLIC STEEL CORPORATION, ET AL., PLAINTIFFS *v.* UNITED STATES OF AMERICA, ET AL., DEFENDANTS, AND COMPANHIA SIDERURGICA PAULISTA, ET AL., DEFENDANTS-INTERVENORS

Consolidated Court No. 82–10–01361

Before WATSON, *Judge.*

UNITED STATES STEEL CORPORATION, REPUBLIC STEEL CORPORATION ET AL., PLAINTIFFS *v.* UNITED STATES OF AMERICA, ET AL., AND COMPANHIA SIDERURGICA PAULISTA, ET AL., DEFENDANTS-INTERVENORS

Court No. 82–10–01361–S

UNITED STATES STEEL CORPORATION, PLAINTIFF *v.* UNITED STATES OF AMERICA, ET AL., DEFENDANTS AND POHANG IRON & STEEL CO., LTD., ET AL., DEFENDANTS-INTERVENORS

Consolidated Court No. 83–01–00134

UNITED STATES STEEL CORPORATION, PLAINTIFF *v.* UNITED STATES OF AMERICA, ET AL., DEFENDANTS

Court No. 83–01–00134–S

UNITED STATES STEEL CORPORATION, REPUBLIC STEEL CORPORATION, ET AL., PLAINTIFFS *v.* UNITED STATES OF AMERICA, ET AL., DEFENDANTS

Court No. 83-01-00152-S

*Supplemental Order on Motion for Voluntary Dismissal*

WATSON, *Judge:* In Slip Opinion 84-12, the Court granted plaintiffs' motion to voluntarily dismiss these actions and vacated the opinions previously published in those actions. At the request for the Court, the defendant United States has compiled a list of the opinions affected, which list has been agreed to, or not objected to, by the other parties.

In the interests of accurate public knowledge of the exact identity of the opinions involved, the list of vacated opinions is as follows:

Slip Op.

| | |
|---|---|
| 82–117 | [4 CIT 257; 557 F. Supp. 590]. |
| 83–53 | [5 CIT 244; 566 F. Supp. 1529]. |
| 83–59 | [5 CIT 272]. |
| 83–65 | [5 CIT 286]. |
| 83–73 | [6 CIT 45; 569 F. Supp. 864]. |
| 83–76 | [6 CIT 55; 569 F. Supp. 870]. |
| 83–79 | [6 CIT 69; 569 F. Supp. 874]. |
| 83–80 | [6 CIT 71; 7/28/83]. |
| 83–99 | [6 CIT 176; 10/7/83]. |
| 83–101 | [6 CIT 182; 10/11/83]. |
| 83–112 | [6 CIT 225; 11/3/83]. |
| 83–115 | [6 CIT 238; 11/9/83]. |
| 83–127 | [6 CIT 285; 12/7/83]. |
| 83–138 | [6 CIT 332; 12/22/83]. |

It should be noted that Slip Op. 83-127 remains in effect with respect to *Bethlehem Steel Corp.* v. *United States,* Court No. 82-10-01369, an action which is still pending in Court.